IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     v.<br><br>SETH ADAM DEPIANO (1),<br><br>PAOLA QUINTERO BELTRAN (3), AND<br><br>KAHRIA KIANA BARBER (4)<br>                           Defendants. | CASE NO.  1:24-CR-00251-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted Indictment, attached to the United States's motion to unseal as Exhibit A, be unsealed and be made public record.

DATED: 12/5/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE