# <u>Exhibit</u>

# Victim Impact Statements

WHO MAY CONCERN

Im GUILLERMO R█████████ and i'm one of the victims of Seth Depiano and
 Through this letter I would like to express how this crime perpetrated by depiano has affected me and my family.
First:When we find out that we got scam by Depiano we couldn't believe it that we had lost all our savings that took us long time to save that money it felt like we were having a nightmare
Second:After learning we were scammed the nightmare began.my wife and my children asked me,were we really scammed?and I told them yes.
i didnt know what to do,icouldnt even sleep.i finally came to the conclusion of seeking help from lawyers,but i no longer had money to pay for a lawyer,so i had to borrow more money from friends and family
Third:The lawyers asked for photos of the scammers and at that time we didn't have any,so we had to keep the scammers in contact and make them believe that we were going to buy more properties from them. We were in contact with the scammers for about 6 or 7 month and i still remember how they work they used to call the victim like 3 times a day.it was very stressful not being able to yell at them that we already knew everything.we had to have more meetings with them putting our lives at risk.
Fourth: After we lost contact with them my marriage started getting more difficult. I felt guilty about everything  for what had happened  and couldn't believe how there could be such unscrupulous people stealing money that many families had worked hard to obtain.
Fifth:My financial and marital  problems were getting worse. Not only had they robbed me,but now I was in debt for all the money I borrowed for lawyers and expenses to meet with the criminals.
Sixth:With not job , in debt and under a lot  stress i was starting fall into depression
Seventh:After all the stress and constant arguments with my wife I got to the point of telling my wife that if she couldn't support me and overcome this obstacle that life had put in our way,it would be better if we got divorce instead of fighting so much.Because our children always heard our arguments and they looked sadder and sadder each time and i still remember they always asked me if one day the police would catch the scammers so they wouldn't hurt other families.
Eighth:after searching for a job in many places,i finally found one,but suddenly i started getting sick very often,i hadn't realized that because of all the stress  i went through and the depression i had.i had neglected my health to the point that my body couldn't resist and i had a heart attack.After having the heart attack,my life took another turn and became more challenging,but i know that god has been with me and has not let me fall.

After being scammed.you dont know how painful is when some one without remorse or scruples takes away the money you have saved for long time for your family and after running out of money,without good health and with a huge debt,everytime you go to the store with your children and you only have enough money to buy for example,milk and then your children crave a 1 candy and you cant buy it for them because you dont have enough money  THATS REALLY PAINFUL
BEEN SCAMMED DESTROY YOUR DREAMS DESTROY YOUR FAMILY YOUR HEALTH DESTROY EVERYTHING I DONT WISH IT  ON ANY ONE

To whom it may concern, good afternoon. I want to share how this property fraud has affected me and my family. It has been almost 3 or 4 years waiting for justice to be served and for these thieves, who came with lies to steal our savings from years of hard work and effort, to be imprisoned. With lies and false documents, they entangle  in their deception, making us to believe it is a good business and selling properties that do not belong to them. They have left in me and my family deep pain, helplessness, frustration, and above all, distrust, making it hard to believe in anyone anymore. I am grateful for the opportunity to express this pain that still affects us. Thank you very much.


Rosa C█████

# Victim Impact Statement

Your Honor,

My name is Sarah S███████, and I am here today as a victim of **Seth Adam Depiano** and **Zahria Barber**. Since  2021, the real estate scam they operated changed my life forever.

The impact on me has been very damaging. My reputation—something I worked for years to build—was destroyed. Business opportunities I had worked so hard to create disappeared. My company suffered, and I struggled to keep it alive, to pay my employees, and to protect what I had built.

I am also a single mother raising three children. This crime brought deep struggles into our home. My children have seen me cry, break down, and fight to hold on. Instead of being the strong parent they deserve, I felt like I had brought darkness into their lives. At my lowest points, I even thought about suicide. The emotional toll has been far worse than the financial loss—I have lived with sleepless nights, panic attacks, and overwhelming depression.

Their crimes drained my investors' bank accounts. For many of them, this was their retirement money—the savings they had worked half their lives to build. These were honest, hardworking people, and what was stolen from them tore families apart and destroyed lives. It was not just numbers on paper. It was security, futures, and stability that were taken away.

This crime did not just affect me—it affected my employees and my family. It left me questioning whether I could ever rebuild what was taken from me, not just in money, but in trust.

And yet, I am able to stand here today because of the dedication of those who fought for justice. I want to sincerely thank my attorney William Heaton, who was there with me from the very beginning, and Tim Elson, who filed the lawsuit against those scammers. I also thank Mr. River from the Attorney General's Office, through him I was connected to Detective Paul Yoon , the lead of the IRS Criminal Investigation Task Force. A big thank you to Detective Yoon and his team—they have worked nonstop on this case, tirelessly pursuing justice. Their work has brought justice, and with it, they have brought sunlight and hope back into my life.

Your Honor, this is not just about the money they took. It is about the harm they caused to innocent people. This crime damaged me, my business, and my family. What Seth Adam Depiano and Zahria Barber did was intentional and cruel. They destroyed trust and stability. I ask that their sentencing reflect the seriousness of this harm and ensure they can never again hurt another person, another family, or another community.

Thank you for allowing me to share my story.


Respectfully,
 Sarah S█████