ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH ADAM DEPIANO and<br>ZAHRIA BARBER,<br><br>Defendants. | CASE NO. 1:24-CR-00251-JLT-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between the United States of America and defendants Seth Adam Depiano and Zahria Barber, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), defendants Seth Adam Depiano's and Zahria Barber's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Sale proceeds in the amount of $79,105.10 in lieu of the real property located at 280 Louis Avenue, Girard, Ohio, APN: 14-113670,

    b. Sale proceeds in the amount of $68,624.38 in lieu of the real property located at 1724 Overland Avenue, Youngstown, Ohio, APN: 53-057-0-276.00-0,

    c. Sale proceeds in the amount of $64,963.68 in lieu of the real property located at 922-924 Moyer Avenue Boardman, Ohio, APN: 29-015-0-251.00-0, on deposit with the Clerk of the Court for the Eastern District of California, and,

        d.      A personal money judgment against Seth Adam Depiano in the amount of $4,000,000.

2. The above-listed property constitute proceeds traceable to a violation of 18 U.S.C. § 1349, and property involved in, or is traceable to property involved in a violation of 18 U.S.C. § 1956(h).

3. On or about August 26, 2024, the Clerk of the Court deposited a Title Professionals Group, Ltd. check in the amount of $64,963.68, representing the proceeds from the sale of the real property located at 922-924 Moyer Avenue, Boardman, Ohio, APN: 29-015-0-251.00-0.

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations, in their secure custody and control.

5. The Clerk of the Court shall disburse the approximately $64,963.68 deposited on August 26, 2024, plus any interest that may have accrued on that amount, to the Internal Revenue Service – Criminal Investigations, pending further order of the court. The Clerk of the Court shall waive any and all service fees on the deposit.

6.   a.  Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

///

///

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **September 29, 2025**

UNITED STATES DISTRICT JUDGE